

**NUMBER 13-13-00439-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

ARLENE LAURELES,                                            **Appellant,**

**v.**

THE STATE OF TEXAS,                                    **Appellee.**

### On appeal from the County Court at Law No. 2 of Nueces County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Rodriguez and Garza Memorandum Opinion Per Curiam

Appellant, Arlene Laureles, was convicted of driving while intoxicated. On July 26, 2013, appellant filed a notice of appeal. Appointed counsel filed a motion to withdraw as counsel and on August 27, 2013, this Court abated the appeal to determine whether appellant's court-appointed attorney should remain as appellant's counsel; and, if not, whether appellant is entitled to new appointed counsel.

Appellant appeared at the trial court hearing and explained that she did not intend to pursue the appeal of her conviction for driving while intoxicated. Based on the hearing, the trial court found no reason to appoint substitute counsel and no reason for appointed counsel to remain as counsel. Counsel's motion to withdraw, previously carried with the case, is hereby GRANTED.

Although no written motion has been filed in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure, based upon the evidence at the hearing that appellant does not want to continue her appeal, we conclude that good cause exists to suspend the operation of Rule 42.2(a) in this case. *See* TEX. R. APP. P. 2. Accordingly, we DISMISS the appeal.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
24th day of October, 2013.